**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PRISCILLA GARCIA,

      Plaintiff,

v.                                            No. 1:21-cv-00666 MIS/JFR

BAYER ESSURE, INC., et al.,

      Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion

and Order dismissing Plaintiff's case,

      **IT IS ORDERED** that this case is **DISMISSED without prejudice.**


**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE